DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD L. BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3581

[May 12, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case Nos. 312011CF000502A, 312011CF000908A, and 312012CF000138A.

Richard L. Brown, Clermont, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***